**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

TANISHA BRUNSON-MALONE,

                        Plaintiff,

          -against-

UNITED STATES OF AMERICA,

                     Defendant.

------------------------------------------------------------x

                               :
                               21-CV-9665 (LAK) (OTW)

                               **ORDER**

**ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed Plaintiff's letter notifying the Court that Plaintiff filed her FECA claim. (ECF 28). The parties are directed to file a joint status letter **by Friday, February 16, 2024**, proposing next steps in this case.

      **SO ORDERED.**


                                        *s/ Ona T. Wang*

Dated: February 6, 2024                      **Ona T. Wang**
      New York, New York           United States Magistrate Judge